IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MALIBU MEDIA, LLC,**<br><br>                                   Plaintiff,<br><br>   v.<br><br>**JOHN DOE, subscriber assigned IP address, 67.182.3.152,**<br><br>                                   Defendant. | No. 1:15-cv-01952 AWI-SKO<br><br>**ORDER ENTERING DISMISSAL WITH PREJUDICE PURSUANT TO Fed. R. Civ. P. 41(a)(1)(A)(i)** |

On December 30, 2015, Plaintiff Malibu Media, LLC filed the complaint in this matter. Doc. 1. No answer has been filed. On July 6, 2016, Plaintiff filed a notice of settlement and notice of dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). According to Federal Rule of Civil Procedure 41(a)(1)(B), such notice operates as a dismissal with prejudice.

Based on Plaintiff's notice, this action is dismissed with prejudice. The Clerk of the Court is respectfully directed to close this case.

IT IS SO ORDERED.

Dated:   July 7, 2016                                      _____
                                                                                    SENIOR DISTRICT JUDGE

1